UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHUKWUMA E. AZUBUKO,                    )
                                        )
            Plaintiff,[1]               )
                                        )
    v.                                  )      Civil Action No. 20-0396 (UNA)
                                        )
HARRIS L. HARTZ, *et al.*,              )
                                        )
            Defendants.                 )
                                        )

## MEMORANDUM OPINION

In 2005, the plaintiff filed a civil action in the United States District Court for the

Western District of Oklahoma against the State of New Hampshire. *See* Compl. at 1. The court

dismissed the case as frivolous. *see Azubuko v. New Hampshire*, No. 5:05-cv-0176-C (W.D.

Okla. Feb. 23, 2005). With respect to the plaintiff's appeal of a post-judgment motion, the court

denied plaintiff leave to proceed *in forma pauperis* on the ground that the appeal was not taken

in good faith. *See Azubuko v. New Hampshire*, No. 5:05-cv-0176-C (W.D. Okla. June 9, 2005).

This matter has come before the Court on review of the plaintiff's *pro se* complaint, which asks

this Court to vacate the Oklahoma district court's rulings and enter judgment in the plaintiff's

favor. Compl. at 5.

As a general rule applicable here, a federal district court lacks jurisdiction to review the

decisions of other courts. *See e.g., Petrovic v. United States*, No. 1:19-CV-00482, 2019 WL

---

[1] Although Precious Okereke is named in the caption of the complaint as a plaintiff, she neither
signed the complaint nor submitted an application to proceed *in forma pauperis*. The Court will
dismiss Okereke as a party, leaving Azubuko as the sole plaintiff.